1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

BENJAMIN SALOFI ASAELI,

CASE NO. C21-5876 MJP

11

Petitioner,

ORDER ADOPTING REPORT AND
RECOMMENDATION AND
DISMISSING ACTION

12

v.

13

RONALD HAYNES,

14

Respondent.

15

16

17

18

19

20

21

22

23

24

This matter comes before the Court on the Report and Recommendation of the Honorable

S. Kate Vaughan (Dkt. No. 7) and Petitioner's Motion to Dismiss (Dkt. No. 21), which the Court

construes as his response to the Report and Recommendation. Having reviewed the Report and

Recommendation and Petitioner's Motion, the Court ADOPTS the Report and Recommendation

and DISMISSES this action WITHOUT PREJUDICE.

As noted in the Report and Recommendation, the Court is without jurisdiction to consider

the proposed successive habeas petition. (See Dkt. No. 7 at 1-2.) Petitioner does not dispute this

conclusion. Instead, Petitioner asks the Court to dismiss the petition without prejudice so that he

1   can "exhaust his issues in State Court." (See Dkt. No. 21-1 at 1.) Given that the Court lacks

2   jurisdiction over this successive petition, it finds dismissal without prejudice to be appropriate

3   without reaching the basis for dismissal Petitioner urges. As such, this Order does not reach the

4   issue of whether Petitioner can or cannot exhaust any of the issues he identifies in this Motion.

5   But Petitioner should be aware that the dismissal of his petition is nevertheless without prejudice.

6          The clerk is ordered to provide copies of this order to Petitioner and all counsel.

7          Dated August 11, 2022.

8

9                                              Marsha J. Pechman
                                               United States Senior District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24